ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                             )
                                                        )
GS Environmental Inc.                                   )   ASBCA No. 63427
                                                        )
Under Contract No. SP4500-17-D-0015 *et al.*            )

APPEARANCE FOR THE APPELLANT:        Chalmers C. Johnson, Esq.
                                       Longshot Law, Inc.
                                       Port Orchard, WA

APPEARANCES FOR THE GOVERNMENT:      Daniel K. Poling, Esq.
                                       DLA Chief Trial Attorney
                                      Robin E. Walters, Esq.
                                      Michael J. Kerrigan, Esq.
                                       Trial Attorneys
                                       DLA Disposition
                                       Battle Creek, MI

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  February, 28, 2023

ARTHUR M. TAYLOR
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63427, Appeal of GS Environmental Inc., rendered in conformance with the Board's Charter.

Dated:  February 28, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals